156 So.2d 226

### John C. BORSKEY

v.

### Malcolm O. SAYES and Maryland Casualty Company.

No. 46875.

Oct. 1, 1963.

In re: Maryland Casualty Company applying for certiorari or writ of review to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 154 So.2d 471.

The application is denied. According to facts of the case, as found to be by the Court of Appeal, the judgment complained of is correct.

156 So.2d 226

### Conrad POE and Nasson Rodriguez

v.

### NEW AMSTERDAM CASUALTY INSURANCE COMPANY and Travelers Insurance Company et al.

No. 46879.

Oct. 1, 1963.

In re: Conrad Poe applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of St. Charles.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.